# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY
## NEWARK DIVISION

**IN RE:**                                                                                             **CASE NO.: 24-18475-SLM**
                                                                                                       **CHAPTER 7**

**Linda I. Perez,**

  **Debtor.**

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR J.P. MORGAN MORTGAGE ACQUISITION TRUST 2006-CW1 ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                               Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                               Attorney for Secured Creditor
                                               130 Clinton Rd #202
                                               Fairfield, NJ 07004
                                               Telephone: 470-321-7112
                                               Facsimile: 404-393-1425

                                               By: /s/Nathalie Rodriguez
                                                   Nathalie Rodriguez
                                                   Email: NRodriguez@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on November 19, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LINDA I. PEREZ
2107 PALISADE AVENUE
UNION CITY, NJ 07087

And via electronic mail to:

RUSELL L. LOW
LOW & LOW
505 MAIN ST.
SUITE 304
HACKENSACK, NJ 07601

ILISSA CHURGIN HOOK
NORGAARD, O'BOYLE & HANNON
184 GRAND AVENUE
ENGLEWOOD, NJ 07631

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                                  By: /s/ Emily Cheng