Order Filed on November 19, 2024
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| In Re:<br><br>   Linda I. Perez,<br><br>                      Debtor. | Case No.:     24-18475-SLM<br><br>Chapter:     7<br><br>Hearing Date:     11/19/2024<br><br>Judge:     Stacey L. Meisel |

**ORDER DENYING MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE**

The relief set forth on the following pages, numbered two (2) is **ORDERED**.

**DATED: November 19, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | Linda I. Perez |
| Case No.: | 24-18475-SLM |
| Caption of Order: | Order Denying Motion for Relief from Stay Without Prejudice |

**THIS MATTER** having been brought before the Court on a Motion for Relief from Stay (ECF No. 7) (the "**Motion for Relief From Stay**"), by U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-CW1, by and through its counsel, Denise Carlon, Esq., this Court finds:

**WHEREAS** the Motion for Relief From Stay is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☒ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

  ☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

  ☒ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

  ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

  ☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

  ☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website.

☐ **Failure to comply with notice requirements under _____.**

☐ **Failure to comply with the procedures concerning a** *Notice of Proposed Sale (see D.N.J. LBR 6004-1(c))*.

☐ **Other:**

It is hereby

**ORDERED** that the Motion for Relief From Stay is denied, without prejudice.