**Order Filed on November 19, 2024**
**by Clerk,**
**U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

   Linda I. Perez,

               Debtor.

Case No.:      24-18475-SLM

Chapter:      7

Hearing Date:   11/19/2024

Judge:       Stacey L. Meisel

## ORDER DENYING MOTION FOR RELIEF FROM STAY WITHOUT PREJUDICE

The relief set forth on the following pages, numbered two (2) is **ORDERED**.

**DATED: November 19, 2024**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Page 2 of 2

| | |
|---|---|
| Debtor: | Linda I. Perez |
| Case No.: | 24-18475-SLM |
| Caption of Order: | Order Denying Motion for Relief from Stay Without Prejudice |

**THIS MATTER** having been brought before the Court on a Motion for Relief from Stay (ECF No. 7) (the "**Motion for Relief From Stay**"), by U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-CW1, by and through its counsel, Denise Carlon, Esq., this Court finds:

**WHEREAS** the Motion for Relief From Stay is deficient for the following reason(s):

☐ **Failure to use required Local Forms.** *See* D.N.J. LBR 9009-1.

☒ **Failure to follow the requirements of Local Rule 9013-1, specifically:**

    ☐ **Failure to submit a notice of motion stating the date, time, and place of the hearing.** *See* D.N.J. LBR 9013-1(a)(1).

    ☒ **Failure to submit a certification containing the facts supporting the relief requested in compliance with D.N.J. LBR 7007-1.** *See* D.N.J. LBR 9013-1(a)(2).

    ☐ **Failure to submit a memorandum of law stating the legal basis for the relief requested, or a statement why a memorandum of law is unnecessary.** *See* D.N.J. LBR 9013-1(a)(3).

    ☐ **Failure to submit a proposed form of order.** *See* D.N.J. LBR 9013-4.

    ☐ **Failure to file a certification of service.** *See* D.N.J. LBR 9013-1(a)(5) and Local Form.

☐ **Failure to effectuate proper service.** *See* D.N.J. LBR 5005-1, Fed. R. Bankr. P. 9014, and Fed. R. Bankr. P. 7004 as well as the Register of Governmental Units available on the Court's website.

☐ **Failure to comply with notice requirements under _____.**

☐ **Failure to comply with the procedures concerning a *Notice of Proposed Sale (see D.N.J. LBR 6004-1(c))*.**

☐    **Other:**

It is hereby

**ORDERED** that the Motion for Relief From Stay is denied, without prejudice.

United States Bankruptcy Court

District of New Jersey

In re:                                                                          Case No. 24-18475-SLM

Linda I. Perez                                                                  Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                         User: admin                                    Page 1 of 1
Date Rcvd: Nov 20, 2024                      Form ID: pdf903                                 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

**Recip ID              Recipient Name and Address**
db                 +    Linda I. Perez, 2107 Palisade Avenue, Union City, NJ 07087-4417

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed
below:**

**Name**                        **Email Address**

Denise E. Carlon
                                on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National
                                Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-CW1 dcarlon@kmllawgroup.com,
                                bkgroup@kmllawgroup.com

Ilissa Churgin Hook
                                Trustee@norgaardfirm.com  J116@ecfcbis.com

Russell L. Low
                                on behalf of Debtor Linda I. Perez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

U.S. Trustee
                                USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 4