UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Linda I. Perez, Debtor.

Case No.: 24-18475-SLM
Chapter: 7
Judge: Meisel

### NOTICE OF PROPOSED ABANDONMENT

_____Ilissa Churgin Hook_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, United States Bankruptcy Court<br>Martin Luther King, Jr. Federal Building<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable __Stacey L. Meisel__ on __February 25, 2025__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3A__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | Debtors' 1/3 interest in Real Property located at 2107 Palisade Avenue, Union City, NJ<br>Fair Market Value of Property= $890,000.00<br>Less approximate 10% costs of sale =$801,000.00 |
|---|---|

| Liens on property: | First and Second Mortgage lies in the approximate total amount of $1,175,151.00 |
|---|---|

| Amount of equity claimed as exempt: $0 |
|---|

Objections must be served on, and requests for additional information directed to:

Name: Ilissa Churgin Hook, Chapter 7 Trustee
Address: 184 Grand Avenue, Englewood, NJ 07631
Telephone No.: 201-871-1333    Trustee@norgaardfirm.com

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                                                              Case No. 24-18475-SLM
Linda I. Perez                                                                              Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                        User: admin                                          Page 1 of 3
Date Rcvd: Jan 29, 2025                Form ID: pdf905                                  Total Noticed: 27

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Linda I. Perez, 2107 Palisade Avenue, Union City, NJ 07087-4417 |
| 520374192 | | CONDUENT/NELNET NHLP-III/TR, CONDENT SHUT DOWN OPERATIONS 9/1/2019, TRANSFERRED LOANS TO NEW LOAN SERVICER, UTICA, NY 13504 |
| 520374194 | + | Dyck-O'Neal, Inc., 3100 Monticello Avenue, Suite 600, Suite 450, Dallas, TX 75205-3439 |
| 520374211 | + | RAYMOND & FLANNIGAN/WFFNB, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A, DES MOINES, IA 50328-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 29 2025 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 29 2025 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 29 2025 20:52:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| 520374184 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jan 29 2025 20:53:00 | BARCLAYS BANK DELAWARE, ATTN: BANKRUPTCY, PO BOX 8801, WILMINGTON, DE 19899-8801 |
| 520374188 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 20:53:00 | COMENITY BANK / THE LIMITED, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520374189 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 20:53:00 | COMENITY BANK/VICTORIA SECRET, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520374190 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 20:53:00 | COMENITYBANK/NEW YORK, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520374191 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 29 2025 20:53:00 | COMENITYCAPITAL/FFE21, ATTN: BANKRUPTCY DEPT, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 520374193 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 29 2025 20:53:00 | DEPT OF EDUCATION/NELN, PO BOX 82561, LINCOLN, NE 68501-2561 |
| 520374195 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 29 2025 20:53:00 | JEFFERSON CAPITAL SYSTEMS, LLC, ATTN: BANKRUPTCY, 200 14TH AVE E, SARTELL, MN 56377-4500 |
| 520374185 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 21:06:35 | CHASE AUTO FINANCE, ATTN: BANKRUPTCY, 700 KANSAS LANE LA, |

Case 24-18475-SLM    Doc 14    Filed 01/31/25    Entered 02/01/25 00:14:55    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf905 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | MONROE, LA 71203 |
| 520374187 | | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 29 2025 20:50:44 | CHASE CARD SERVICES, ATTN: BANKRUPTCY, PO BOX 15298, WILMINGTON, DE 19850 |
| 520374196 | ^ | MEBN | Jan 29 2025 20:45:48 | KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 520374197 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 29 2025 20:50:44 | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520374201 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 29 2025 20:53:00 | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 520374203 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 29 2025 20:53:00 | NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 520374205 | + | Email/Text: bnc@nordstrom.com | Jan 29 2025 20:52:48 | NORDSTROM FSB, ATTN: BANKRUPTCY, PO BOX 6555, ENGLEWOOD, CO 80155-6555 |
| 520374206 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 29 2025 21:05:51 | PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 520374212 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 29 2025 20:53:00 | SPS, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520374213 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 29 2025 20:51:02 | SYNCHRONY BANK/TJX, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 520460402 | + | Email/Text: RASEBN@raslg.com | Jan 29 2025 20:52:00 | U.S. Bank Trust Company, National Association, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 520374214 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 29 2025 20:50:14 | WELLS FARGO BANK NA, ATTN: BANKRUPTCY, 1 HOME CAMPUS MAC X2303-01A 3RD FLOOR, DES MOINES, IA 50328-0001 |
| 520374215 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Jan 29 2025 21:06:34 | WF BANK NA, ATTN: BANKRUPTCY, PO BOX 14517, DES MOINES, IA 50306-3517 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520374186 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, CHASE AUTO FINANCE, ATTN: BANKRUPTCY, 700 KANSAS LANE LA, MONROE, LA 71203 |
| 520374198 | *+ | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520374199 | *+ | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520374200 | *+ | LVNV FUNDING/RESURGENT CAPITAL, ATTN: BANKRUPTCY, PO BOX 10497, GREENVILLE, SC 29603-0497 |
| 520374202 | *+ | MIDLAND CREDIT MGMT, ATTN: BANKRUPTCY, PO BOX 939069, SAN DIEGO, CA 92193-9069 |
| 520374204 | *+ | NELNET, ATTN: CLAIMS, PO BOX 82505, LINCOLN, NE 68501-2505 |
| 520374207 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 520374208 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 520374209 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |
| 520374210 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, PORTFOLIO RECOVERY ASSOCIATES, LLC, ATTN: BANKRUPTCY, 120 CORPORATE BOULEVARD, NORFOLK, VA 23502 |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2025 | Form ID: pdf905 | Total Noticed: 27 |

TOTAL: 0 Undeliverable, 10 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 31, 2025                Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor U.S. Bank Trust Company  National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, as Trustee for J.P. Morgan Mortgage Acquisition Trust 2006-CW1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Ilissa Churgin Hook | Trustee@norgaardfirm.com  J116@ecfcbis.com |
| Russell L. Low | on behalf of Debtor Linda I. Perez ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4