Form loccrtno – loccrtnov27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 24−18475−SLM
        Chapter: 7
        Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Linda I. Perez
   2107 Palisade Avenue
   Union City, NJ 07087

Social Security No.:
   xxx−xx−2212

Employer's Tax I.D. No.:

## CERTIFICATION OF NO OBJECTION

    I <u>Christopher Browne</u> , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Debtors' 1/3 interest in Real Property located at 2107 Palisade Avenue, Union City, NJ
Fair Market Value of Property= $890,000.00
Less approximate 10% costs of sale =$801,000.00


Dated: February 19, 2025
JAN:

                          Jeanne Naughton
                          Clerk